No. A–506. FINLEY *v.* SOUTH CAROLINA. Ct. Gen. Sess., Greenville County, S. C. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.